FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
APR 29 2010
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | )<br>) |
| [1] CHRISTOPHER CONYERS<br>    a/k/a "SNOOTY" | ) NO. 3:09-00240<br>)<br>)<br>) UNDER SEAL |
| [2] FAITH READUS | ) |
| [3] PAUL McQUIDDY<br>    a/k/a "C-PAUL" a/k/a "C-TRU" | ) |
| [4] HOWARD COLEMAN<br>    a/k/a "CRUSH" | ) |
| [5] TOMEKA COLEMAN | ) |
| [6] THOMAS BRANUM<br>    a/k/a "CRIP-PINE" a/k/a "ALPINE" | ) |
| [7] ADAM BATTLE<br>    a/k/a "A-CRIP" a/k/a "A.C." | ) |
| [8] MONTERIUS POLLARD<br>    a/k/a "MONSTER" a/k/a "MON" | ) |
| [9] CECILWHITMON, III<br>    a/k/a "FETTI" | ) |
| [10] MICHAEL DEVONN DAVIS<br>    a/k/a "M-60" | ) |
| [11] TIERRA YOUNG<br>    a/k/a "RELLA" | ) |
| [12] JERMAINE M. SMITH<br>    a/k/a "C-YELLA" | ) |

| | |
|---|---|
| [13] AKIN I. FLOYD<br>    a/k/a "F-Loc" | )<br>)<br>) |
| [14] SAMANTHA COLLINS | )<br>) |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Edward M. Yarbrough, United States Attorney, and Sunny A.M. Koshy and Brooklyn D. Sawyers, Assistant United States Attorneys, hereby moves this Court to seal the indictment in this case.

In support thereof, the United States submits that the instant indictment concerns a conspiracy to distribute controlled substances, conspiracy to commit extortion and robbery, conspiracy to aid and assist the escape of an inmate from federal custody, and other crimes. The United States submits that sealing the indictment is necessary in order to ensure the safety of the officers and agents executing the arrest warrants. Further, there is reason to believe that some defendants may flee should they learn of the serious charges contained in the instant indictment.

*[signatures]*