UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| [1] CHRISTOPHER CONYERS ) | |
|     a/k/a "SNOOTY" ) | |
| ) | |
| [2] FAITH READUS ) | |
| ) | |
| [3] PAUL McQUIDDY ) | No. 3:09-00240 |
|     a/k/a "C-PAUL" a/k/a "C-TRU" ) | |
| ) | JUDGE NIXON |
| [4] HOWARD COLEMAN ) | |
|     a/k/a "CRUSH" ) | |
| ) | |
| [5] TOMEKA COLEMAN ) | |
| ) | |
| [6] THOMAS BRANUM ) | |
|     a/k/a "CRIP-PINE" a/k/a "ALPINE" ) | |
| ) | |
| [7] ADAM BATTLE ) | |
|     a/k/a "A-CRIP" a/k/a "A.C." ) | |
| ) | |
| [8] MONTERIUS POLLARD ) | |
|     a/k/a "MONSTER" a/k/a "MON" ) | |
| ) | |
| [9] CECILWHITMON, III ) | |
|     a/k/a "FETTI" ) | |
| ) | |
| [10] MICHAEL DEVONN DAVIS ) | |
|     a/k/a "M-60" ) | |
| ) | |
| [11] TIERRA YOUNG ) | |
|     a/k/a "RELLA" ) | |
| ) | |
| [12] JERMAINE M. SMITH ) | |
|     a/k/a "C-YELLA" ) | |
| ) | |
| [13] AKIN I. FLOYD ) | |
|     a/k/a "F-LOC" ) | |

| | )  |
|---|---|
| [14] SAMANTHA COLLINS | ) |
| | ) |
| [15] ANTONIO LEE | ) |
|    a/k/a "MERL" | ) |
| | ) |
| [16] OMEGA HARRIS | ) |
|    a/k/a "NINO" a/k/a "Q" | ) |
| | ) |
| [17] LEONARD BAUGH | ) |
|    a/k/a "C-HYPE" a/k/a "HYPE" | ) |
| | ) |
| [18] JAMES LAMONT OLIVER, JR. | ) |
|    a/k/a "YELLA BOY" | ) |

## ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

_____
HONORABLE JOHN BRYANT
UNITED STATES MAGISTRATE JUDGE

Dated: May 27, 2010