UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:09-CR-00240(1-7, 9-10, 12-1, |
| v. | )  15, 18) |
| | ) Magistrate Judge Bryant |
| | ) (Senior Judge Nixon) |
| CHRISTOPHER CONYERS | ) |
|     a/k/a "SNOOTY" | ) |
| | ) |
| FAITH READUS | ) |
| | ) |
| PAUL MCQUIDDY | ) |
|     a/k/a "C-PAUL" "C-TRU" | ) |
| | ) |
| HOWARD COLEMAN | ) |
|     a/k/a "CRUSH" | ) |
| | ) |
| TOMEKA COLEMAN | ) |
| | ) |
| THOMAS BRANUM | ) |
|     a/k/a "CRIP PINE" 'ALPINE | ) |
| | ) |
| ADAM BATTLE | ) |
|     a/k/a "A-CRIP" a/k/a "ALPINE" | ) |
| | ) |
| CECIL WHITMON, III | ) |
|     a/k/a "FETTI" | ) |
| | ) |
| MICHAEL DEVONN DAVIS | ) |
|     a/k/a "M-60" | ) |
| | ) |
| JERMAINE M. SMITH | ) |
|     a/k/a "C-YELLA" | ) |
| | ) |
| AKIN I. FLOYD | ) |
|     a/k/a "F-LOC" | ) |
| | ) |
| SAMANTHA COLLINS | ) |
| | ) |

| | |
|---|---|
| ANTONIO LEE | ) |
|     a/k/a "MERL" | ) |
| | ) |
| JAMES LAMONT OLIVER, JR. | ) |
|     a/k/a "YELLA-BOY" | ) |

## MOTION TO PARTIALLY UNSEAL FIFTH SUPERSEDING INDICTMENT

Comes now the United States and requests the indictment in this case be partially unsealed since defendants Christopher Conyers, a/k/a "Snooty," Faith Readus, Paul McQuiddy, a/k/a "C-Paul," "C-Tru," Howard Coleman, a/k/a "Crush," Tomeka Coleman, Thomas Branum, a/k/a "Crip Pine," "Alpine," Adam Battle, a/k/a "A-Crip," "A.C.," Cecil Whitmon, III, a/k/a "Fetti," Michael Devonn Davis, a/k/a "M-60," Jermaine M. Smith, a/k/a "C-Yella," Akin I. Floyd, a/k/a "F-Loc," Samantha Collins, Antonio Lee, a/k/a "Merl," and James Lamont Oliver, Jr., a/k/a "Yella-Boy" are set for arraignments today, June 14, 2010, or are arrested, should be provided notice of the charges against them in the indictment, and notice thereof will not present a risk to the officers responsible for arresting the remaining defendants. The remaining defendants have not yet been arrested on these charges, and the indictment should remain under seal as to those remaining defendants.

A redacted copy is attached hereto for the court's use, and the United States requests the indictment be unsealed to the extent reflected in the attached redacted indictment.

Respectfully submitted,

JERRY E. MARTIN

United States Attorney for the
Middle District of Tennessee

\s\ Sunny A.M. Koshy 6/14/10
Sunny A.M. Koshy
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

\s\ Brooklyn D. Sawyers 6/14/10
Brooklyn D. Sawyers
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

GRANTED:

JOHN S. BRYANT
U.S. Magistrate Judge