UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | No. 3:09-00240 |
|---|---|---|
| v. | ) ) ) | JUDGE BRYANT |
| CHRISTOPHER CONYERS, et al. | ) ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Unseal the Fifth Superseding Indictment. It is hereby ordered that:

The Motion is granted.

*John Bryant*
HONORABLE JOHN BRYANT
UNITED STATES MAGISTRATE JUDGE

Dated: August 19, 2010