UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| [1] CHRISTOPHER CONYERS<br>    a/k/a "SNOOTY" | No. 3:09-00240<br>Judge Nixon |
| [2] FAITH READUS | 18 U.S.C. § 2 |
| [3] PAUL McQUIDDY<br>    a/k/a "C-PAUL" a/k/a "C-TRU" | 18 U.S.C. § 371<br>18 U.S.C. § 752(a)<br>18 U.S.C. § 922(g)(1) |
| [4] HOWARD COLEMAN<br>    a/k/a "CRUSH" | 18 U.S.C. §922(n)<br>18 U.S.C. § 924 |
| [5] TOMEKA COLEMAN | 18 U.S.C. § 924(c)<br>18 U.S.C. § 1951<br>21 U.S.C. § 846 |
| [6] THOMAS BRANUM<br>    a/k/a "CRIP-PINE" a/k/a "ALPINE" | |
| [7] ADAM BATTLE<br>    a/k/a "A-CRIP" a/k/a "A.C." | |
| [8] MONTERIUS POLLARD<br>    a/k/a "MONSTER" a/k/a "MON" | |
| [9] CECIL WHITMON, III<br>    a/k/a "FETTI" | |
| [10] MICHAEL DEVONN DAVIS<br>    a/k/a "M-60" | |
| [11] TIERRA YOUNG<br>    a/k/a "RELLA" | |
| [12] JERMAINE M. SMITH<br>    a/k/a "C-YELLA" | |
| [13] AKIN I. FLOYD<br>    a/k/a "F-LOC" | |
| [14] SAMANTHA COLLINS | |

[15] ANTONIO LEE )
    a/k/a "MERL" )
 )

[16] OMEGA HARRIS )
    a/k/a "NINO" a/k/a "Q" )
 )

[17] LEONARD BAUGH )
    a/k/a "C-HYPE" a/k/a "HYPE" )
 )

[18] JAMES LAMONT OLIVER, JR. )
    a/k/a "YELLA BOY" )
 )

[19] LASONDRA DOWELL )
    a/k/a "SONDRA" )
 )

[20] LACHAUNTI WILLIAMS )
    a/k/a "WILDLIFE" )
 )

[21] CHRISTOPHER MOODY )
 )

[22] BIONCA BUTLER )
    a/k/a "C-TRILL" )

## **ORDER**

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Sixth Superseding Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily -authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

_Todd J. Campbell_
HONORABLE Todd J. Campbell
UNITED STATES District JUDGE

Dated: 12/8/10