UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:09-00240 |
| v. | ) | Judge Nixon |
| | ) | |
| CHRISTOPHER CONYERS | ) | |
| a/k/a "SNOOTY", et al. | ) | |

## UNITED STATES' MOTION TO PARTIALLY UNSEAL SIXTH SUPERSEDING INDICTMENT

Comes now the United States and requests the Sixth Superseding Indictment be **partially unsealed** such that only Counts Twenty-Five and Twenty-Six remain under seal, as well as the portion of the caption which shows the name of such defendant. The other defendants have been arrested in this or related cases, and disclosure of those names and charges will not harm law enforcement interests.

    Respectfully submitted,
    JERRY E. MARTIN
    UNITED STATES ATTORNEY

By: *s/ Sunny A.M. Koshy* **12/14/10**
    SUNNY A.M. KOSHY
    Assistant United States Attorney
    110 9th Avenue, South
    Suite A-961
    Nashville, Tennessee 37203

SO ORDERED:

_____
E. CLIFTON KNOWLES
U.S. Magistrate Judge

1