IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:09-cr-00240-1 |
| | ) Judge Nixon |
| CHRISTOPHER CONYERS | ) |

### ORDER

Pending before the Court is Defendant Christopher Conyers's Motion to Set Motion to Withdraw Guilty Plea for an Evidentiary Hearing ("Motion"). (Doc. No. 957.) The Motion requests that the Court set a date for an evidentiary hearing regarding a previously filed and still pending motion filed by Mr. Conyers (Doc. No. 687). (*Id.*)

The Court hereby **GRANTS** Mr. Conyers's Motion and **SCHEDULES** a hearing on this matter for **March 30, 2012**, at **10:00 a.m.**

It is so ORDERED.

Entered this the 9th day of March, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT