Judge Nixon May 30th 2012

I am writing you concerning the matter of the plea that I have been trying to withdraw for close to a year now. Actually, in little over 2 months it will be a full year since I took a plea out of fear and with a unsure heart & confussed mind. I feel that there has been a lot of stalling on the governments part and also on my lawyers part. I can't do anything but tell my lawyer and if he takes his time there is nothing I can do, but in the end it all looks bad on me, like im the one who's cool with all the continuences. On the governments part, Mr. Koshey isn't being held accountable, he takes forever to respond - "if he responds at all;" he was supposed to file his post-hearing brief 14 days after my lawyer filed his, on May 8th 2012 which would be on May 22nd 2012 but as of now he's still stalling and without even asking the Court for a continuance, "that I can see on the docket."

Mr. Koshey continues to send word through my lawyer that I can still get a reduction for co-operation, Im not going to testify to lies for a reduction of time and im not going to give up claiming innocene for charges that im not guilty of. I cant understand how Mr. Koshey can still ask me to testify to lies when I have come forward and said that they were, he and the Court knows but he's so confident that the Courts will accept them? All im asking is that you please hold both my lawyer and Mr. Koshey accountable so that we can get this matter resolved. Trial is right around the corner and If you allow me to withdraw my plea, I would like to have time to prepair for trial with the rest of my co-defendants or if you decide not to, I would like to have time to go through the appeals process before the others procede to trial.

Mr. Kosheys whole argument is that he feels that it's all a big miscommunication and that there isn't thing that was said at my withdrawal hearing or the corrections of the statement that would conflict in my testimony if I was to testify, I feel that this is not true, that im not guilty of (escape counts and counts 11 & 12), and that the government knows this but is still trying to force me to have to keep this plea!

[signature]

Case 3:09-cr-00240 Document 1121 Filed 06/07/12 Page 1 of 1 PageID #: 4215