IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-1 |
| v. | ) | |
| | ) | Judge Nixon |
| CHRISTOPHER CONYERS | ) | |

### ORDER

At a status hearing for Defendant Christopher Conyers, held before the Court on September 17, 2012, the Court ordered the parties to determine a date for Defendant's sentencing hearing. Upon agreement of the parties, the Court hereby **SCHEDULES** Defendant's sentencing hearing for **November 26, 2012**, at **1:00 p.m.**

It is so ORDERED.

Entered this 23rd day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT