# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-cr-00240-1 |
| v. | ) | |
| | ) | |
| CHRISTOPHER CONYERS | ) | Judge Nixon |

## ORDER

Pending before the Court is the United States's Motion to Continue Hearing ("Motion"), in which the Government requested the Court continue an evidentiary hearing scheduled for January 30, 2012. (Doc. No. 914.) On March 9, 2012, the Court rescheduled the evidentiary hearing, which was held on March 30, 2012. (Doc. Nos. 964, 998.) Therefore the Government's Motion is now **TERMINATED as moot.**

It is so ORDERED.

Entered this the 26th day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT