IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:09-cr-00240 |
| v. | ) | |
| | ) | |
| | ) | Judge Nixon |
| FAITH READUS, et al. | ) | |

### ORDER

Trial in this matter is set for January 29, 2013. Any plea agreement shall be consummated one week before the trial date and the Courtroom Deputy so notified. Any proposed plea agreement shall be submitted to the Court two days prior to the plea hearing.

The parties shall file the following with the Court, on or before **January 22, 2013**:

1. Proposed case-specific jury instructions, with citations to supporting authority, and proposed verdict forms.

2. Pretrial motions, including motions in limine.

3. Exhibit and witness lists.

4. Stipulations or objections with respect to exhibits and witnesses

Any motion to continue the trial or plea hearing shall be filed no later than **January 22, 2013**. Any motion to continue the trial shall have attached a Speedy Trial Waiver signed by the Defendant or an explanation of why the Waiver is not attached. Counsel for the parties shall timely comply with the discovery and motion provisions of Local Rules 12.01 and 16.01.

The Defendants shall attend all Court proceedings in this case. The Government shall take all necessary actions to secure the timely presence of the Defendants that are in custody, at

all Court proceedings. Counsel for the Defendants shall ensure that street clothes are available for the Defendants at trial.

It is so ORDERED.

Entered this 21st day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT