# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  3:09-cr-00240 |
| v. ) | |
| ) | Judge Nixon |
| FAITH READUS, ET AL. ) | |

## ORDER

Pending before the Court is the United States of America's Motion to Sever and Try Thomas Branum ("Motion"), in which the Government requests the Court sever Counts 13 to 17 with respect to Defendant Thomas Branum. (Doc. No. 1039.) In support of its Motion, the Government states that it intends to introduce at trial statements given by Mr. Branum that would cause *Bruton* issues as to other Defendants. (*Id.*) Mr. Branum has not filed a Response or a severance motion.

At a hearing on January 4, 2013, the Government stated that it would redact statements made by Mr. Branum before introducing them at trial, in order to avoid violating other Defendants' Sixth Amendment rights. (*See* Doc. No. 1605.) Mr. Branum stated that he desires copies of the Government's redacted statements prior to the January 29, 2013, trial date. (*See id.*)

Having considered the Motion and the parties' positions at the January 4, 2013, hearing, the Court **DENIES** the Motion. Mr. Branum continues to be joined in the above-captioned case scheduled for trial on January 29, 2013.

It is so ORDERED.

Entered this the _7th_ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT